FLORENCE N. LEWIS, Respondent, v. OTELIA WESLEY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion for

injunction denied, with ten dollars costs, on the ground that the facts essential to warrant a temporary injunction were not shown by competent evidence. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.